UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

---

HUMBERTO MUNOZ,

                    Plaintiff,

vs.

TD BANK USA, N.A., THE BANK OF MISSOURI, SYNCHRONY BANK, and CENLAR FSB,

                    Defendants.

---

Case No.: 2:20-cv-00491-JES-MRM

**NOTICE OF SETTLEMENT WITH DEFENDANT THE BANK OF MISSOURI**

Plaintiff Humberto Munoz ("Plaintiff") hereby notifies the Court that the present case has been settled between Plaintiff and Defendant The Bank Of Missouri (collectively, the "parties"), and states as follows:

    1.    A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

    2.    The parties respectfully request that the Court stay this action as to Defendant The Bank Of Missouri, and adjourn all deadlines and conferences.

DATED:  September 15, 2020

**COHEN & MIZRAHI LLP**
YOSEF STEINMETZ
Florida Bar No. 119968

                /s/ Yosef Steinmetz
                YOSEF STEINMETZ

- 2 -

300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
Telephone: 929/575-4175
929/575-4195 (fax)
yosef@cml.legal

*Attorneys for Plaintiff Humberto Munoz*

- 2 -